**Andrew M. Schpak**, OSB No. 044080
aschpak@barran.com
**Chris M. Morgan,** OSB No. 175384
cmorgan@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

OLIVER COFFEY,

                  Plaintiff,

v.

MITSUYOSHI INOHARA and ICHIRO MACHIDA, individuals, and MARINEPOLIS U.S.A., INC., an Oregon corporation

                  Defendants.

**CV.**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION**

Defendants Mitsuyoshi Inohara, Ichiro Machida, and Marinepolis, U.S.A., Inc. (collectively "Defendants") respectfully petition as follows:

(1) On December 13, 2019, an action was commenced against Defendants in the Circuit Court of the State of Oregon for the County of Multnomah entitled *Oliver Coffey v. Mitsuyoshi Inohara and Ichiro Machida, individuals, and Marinepolis U.S.A., Inc., an Oregon corporation*, Case No. 19CV53667.

(2) A copy of the Summons and Complaint were served upon Ichiro Machida and Marinepolis U.S.A., Inc. on March 19, 2020, and less than 30 days have expired since that date.

Page 1 – NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION

(3) A copy of the Complaint filed and entered in Multnomah County Circuit Court is attached as Exhibit 1.

(4) A copy of the Summons directed to Defendants is attached as Exhibit 2.

(5) Defendants have filed no pleadings in this action.

(6) The above-described action is a civil action in which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (federal question), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

(7) The above-described action is a federal question claim alleging violations of the Fair Labor Standards Act pursuant to 29 U.S.C. § 203(m)(2)(B) and 29 U.S.C § 216(b). (*See* Plaintiff's Complaint ¶ 35 and 36.)

(8) Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been served consent to the removal of this action.

THEREFORE, Defendants give notice that the above action now pending against them in the Circuit Court of the State of Oregon for the County of Multnomah has been removed therefrom to this Court.

DATED this 20th day of April 2020.

BARRAN LIEBMAN LLP


By s/ *Andrew M. Schpak*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Chris M. Morgan, OSB No. 175384
cmorgan@barran.com

Attorneys for Defendants

Page 2 – NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2020, I served the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION** on the following party at the following addresses:

> Jon M. Egan
> Attorney at Law
> Jon M. Egan, P.C.
> 547 Fifth Street
> Lake Oswego, OR 97034-3009
>
> Attorney for Plaintiff

by the following indicated method(s) set forth below:

- ☑ Electronically by the court's eFiling system pursuant to UTCR 21.100 at the parties' email addresses as recorded on the date of service in the eFiling system
- ☐ Email
- ☐ First-class mail, postage prepaid
- ☐ Hand Delivery
- ☐ Facsimile

> s/ *Andrew M. Schpak*
> Andrew M. Schpak

PAGE 1 – CERTIFICATE OF SERVICE